IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:06-cr-009** |
| | : | |
| **v.** | : | |
| | : | |
| **JESSE KENLEY** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion filed pursuant to Federal Rule of Civil Procedure 60(b)(4) and (d)(1) is **DENIED**.

                                                                                   s/Sylvia H. Rambo
                                                                                    SYLVIA H. RAMBO
                                                                                    United States District Judge

Dated: November 7, 2017